TIMOTHY S. CORY, ESQ.
FEDERAL BANKRUPTCY TRUSTEE
Nevada Bar No. 1972
8831 W. Sahara Ave.
Las Vegas, Nevada 89117
Telephone: (702) 388-1996
tim.cory@corylaw.us

RECEIVED & FILED
MAY 11  11 58 AM '10
U.S. B...
MARY A. SCHOTT, CLERK

## IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>BILTMORE VACATION VILLAGE, LLC<br>BILTMORE VACATION RESORTS, LLC<br>DYNAMIC DESIGN ARCHITECTURE, LLC<br>SAGE DESIGN BUILDERS, INC.<br><br>_____Debtors._____ | BK-S- 01-17904-MKN<br>Involuntary Chapter 7<br><br>**CONSOLIDATED** |
| BILTMORE VACATION VILLAGE, INC<br><br>_____Debtor._____ | BK-S-01-20558-MKN<br>Involuntary Chapter 7 |
| BILTMORE VACATION RESORTS, INC.<br><br>_____Debtor._____ | BK-S-01-22392-MKN<br>Voluntary Chapter 7<br><br>Date: N/A<br>Time: N/A |

### NOTICE OF UNCLAIMED FUNDS

**TO:**     *CLERK, UNITED STATES BANKRUPTCY COURT*

**FROM:**     *TIMOTHY S. CORY, TRUSTEE*

Pursuant to Rules 3010 and 3011 of the Bankruptcy Rules, the unclaimed funds shown on the attached Exhibit A, in the total amount of $1,296.67 are being forwarded to you to be deposited in the registry of the United States Bankruptcy Court.

///

195626 - $1,296.67

1

2  These funds can be withdrawn as provided in Chapter 129, Title 28 2042.

3  DATE: May 10, 2010

4

5  TIMOTHY S. CORY, TRUSTEE

6

7  NOTE: Claims that are $25.00 or less go into CAS 10600.  Claims that are more than $25.00 go into CAS 613300.  The amounts that are to be deposited into the registry can be written on check only.

8

| CLAIM # | CLAIMANT & ADDRESS | CAS 106000 | CAS 613300 |
|---|---|---|---|
| 76 | Frew, Blaine W.<br>520 Arrowhead Trail<br>#1112<br>Henderson, NV 89015 | $1,296.67 | |

Total: **$1,296.67**

EXHIBIT A