**Entered on Docket
February 24, 2011**

_____
**Hon. Mike K. Nakagawa
United States Bankruptcy Judge**

___

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: BILTMORE VACATION VILLAGE<br><br>Debtor(s) | BK-01-17904-mkn<br>Ch   7<br><br>Hearing Date: N/A<br>Hearing Time: N/A |

**ORDER FOR PAYMENT OF UNCLAIMED FUNDS**

Upon the foregoing Motion and in accordance with the provisions of 28 U.S.C. Section 2042, and good cause appearing therefore, it is hereby

ORDERED that the amount of $46, 257.82 constituting an unclaimed dividend is declared due to Lehua Enterprises, Inc - Misako Saito c/o Cooper Castle Law Firm.

IT IS FURTHER ORDERED that the Clerk, U.S. Bankruptcy Court, District of Nevada, pay this unclaimed dividend to the order of

Misako Saito (Lehua Enterprises, Inc)
 c/o Cooper Castle Law Firm Attn:Wade
820 S. Valley View
Las Vegas NV 89107

###